EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2007 TSPR 143 |
| Comité Asesor Permanente de Reglas de Procedimiento Criminal | 171 DPR _____ |

Número del Caso: EC-2007-2

Fecha: 24 de julio de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Comité Asesor Permanente                    Designación de
de Reglas de Procedimiento                   nuevo miembro
Criminal


RESOLUCIÓN

San Juan, Puerto Rico, a 24 de julio de 2007.

El 8 de septiembre de 2005 este Tribunal emitió la Resolución Núm. EC-2005-2, mediante la cual creó el Comité Asesor Permanente de Reglas de Procedimiento Criminal, adscrito al Secretariado de la Conferencia Judicial, con la encomienda de evaluar las Reglas de Procedimiento Criminal a la luz de la Ley de la Judicatura de Puerto Rico, Ley 201 de 22 de agosto de 2003, según enmendada.

Con el propósito de ampliar la composición de dicho Comité, se designa al Lcdo. Félix Fumero Pugliessi como miembro adicional.

Esta designación tendrá efectividad inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo